[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
October 14, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-15401
Non-Argument Calendar

_____

D. C. Docket No. 06-21828-CV-JAL

MARJORIE SANTAYANA FIGUEIRA,

Plaintiff-Appellant,

versus

MIAMI-DADE COUNTY PUBLIC SCHOOL BOARD,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(October 14, 2008)

Before ANDERSON, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

Appellant Marjorie Figueira appeals the grant of summary judgment in favor

of Miami Dade County on her claims of age and race discrimination.  After reviewing the briefs and the record, we **AFFIRM** the judgment for the reasons stated in the district court's thorough and well-reasoned order dated October 11, 2007.[1]

---

[1] In particular, we are unpersuaded that appellant was constructively discharged because she was told "horrible things" would happen to her if she did not retire.  This isolated remark, even if believed by a factfinder, does not rise to the level of severe or pervasive conduct that would support a hostile work environment claim, much less create such intolerable conditions that a reasonable person would be compelled to resign, as required for constructive discharge. See, e.g., Hipp v. Liberty Nat. Life Ins. Co., 252 F.3d 1208, 1231 (11th Cir. 2001) (citations omitted) (constructive discharge requires a showing of greater severity or pervasiveness than hostile work environment).